

# 208 Water Quality Management Plan

South Carolina Department of Health and Environmental Control
Bureau of Water    www.scdhec.gov/water

August 2011
Update for the
Non-Designated
Area of South Carolina

## Acknowledgements

The 2011 comprehensive update of the South Carolina 208 Water Quality Management Plan has been made possible by funding from the US Environmental Protection Agency including the American Recovery and Reinvestment Act of 2009. For more information about projects funded by the American Recovery and Reinvestment Act, please visit http://www.recovery.gov.



208 Water Quality Management Plan

# Table of Contents

ACKNOWLEDGEMENTS ..................................................................................3

TABLE OF CONTENTS ..................................................................................4

ABBREVIATIONS ..................................................................................5

DEFINITIONS ..................................................................................6

INTRODUCTION ..................................................................................7

GENERAL DESCRIPTION OF THE PLANNING AREA ..................................................8

INSTITUTIONAL DESIGNATIONS AND RESPONSIBILITIES ......................................9

    A. The Designated Water Quality Planning Agencies..............................................9
    B. The Designated Management Agencies ..........................................................9

WASTEWATER MANAGEMENT POLICIES ...............................................................11

    A. Location, Sizing, Phasing, and Level of Treatment ...................................11
    B. Elimination of Discharges and Consolidation of Facilities...........................11
    C. Onsite Wastewater Systems .........................................................................12

ADMINISTRATIVE PROCEDURES ..........................................................................12

    A. Conformance Reviews .................................................................................12
    B. Plan Updates and Amendments....................................................................13

WASTEWATER DISCHARGER ISSUES...................................................................15

    A. Treatment Facilities and Capacities .............................................................15
    B. Total Daily Maximum Loads (TMDLs) and Wasteload Allocations (WLAs).......21

MANAGEMENT AGENCY ISSUES ...........................................................................22

    A. Designated Management Agencies and Service Areas.................................22
    B. Future Wastewater Plans ............................................................................27
    C. Intergovernmental Agreements ....................................................................27

PLAN IMPLEMENTATION ....................................................................................32

    A. Roles and Responsibilities............................................................................32
    B. Nonpoint Source Pollution............................................................................33
    C. Funding .......................................................................................................34

APPENDIX A...................................................................................................35

APPENDIX B...................................................................................................36

APPENDIX C...................................................................................................39

## Abbreviations

| | |
|---|---|
| **CFR** | Code of Federal Regulations |
| **COG** | Council of Governments |
| **CWA** | Clean Water Act |
| **DHEC** | Department of Health and Environmental Control |
| **EPA** | Environmental Protection Agency |
| **GPD** | Gallons per day |
| **LA** | Load allocation |
| **NPDES** | National Pollutant Discharge Elimination System |
| **NPS** | Nonpoint source pollution |
| **PER** | Preliminary engineering report |
| **SRF** | State Revolving Fund |
| **TMDL** | Total maximum daily load |
| **WLA** | Wasteload allocation |

208 Water Quality Management Plan

## Definitions

**Community System:** An onsite wastewater system serving more than one piece of deeded property.

**Conformance Review:** The process by which an applicable wastewater-related project is reviewed to determine whether or not it conflicts with the State Water Quality Management Plan.

**Designated Management Agency:** A public entity chosen by the Governor and approved by EPA that has adequate legal authority and is willing to carry out appropriate portions of a 208 Water Quality Management Plan.

**Designated Planning Agency:** A single representative organization, including elected officials, that is capable of developing effective regional wastewater treatment management plans for a specific geographical area.

**Management Area:** The geographical area within which a management agency has the responsibility to make planning and management decisions.

**Onsite Wastewater System:** A system, generally consisting of a septic tank(s) and a subsurface wastewater infiltration area, designed to treat and dispose of domestic wastewater through natural processes that result in effluent being transmitted through the soil, renovated and ultimately discharged to groundwater.

**Plan Amendment:** A modification to the 208 Water Quality Management Plan to change a portion of the Plan, usually to reflect policy and/or planning area changes.

**Plan Update:**  A comprehensive modification of the 208 Water Quality Management Plan in which the entire plan is reviewed, brought up to date and/or revised.

**Service Area:** The geographical area within which a management agency currently provides wastewater collection and/or treatment services.*

\* Sewer service areas are considered current at the time of publication of this document.
   This Plan may be modified to reflect subsequent sewer service area changes.

# I. Introduction

In 1972, the United States Congress enacted legislation that provided a national strategy for cleaning up the nation's waters. This legislation, known as the Clean Water Act, created a goal of "fishable-swimmable waters" in the United States. Among other planning activities, Section 208 of the Act was developed for the purpose of encouraging and facilitating the development and implementation of area-wide wastewater management plans. It required governors to identify areas with water quality problems and designate an entity to develop management plans to address those problems.

In 1975, the Governor of South Carolina designated five Councils of Governments (COGs) as planning agencies for five regions of the State, which, as a result of urbanization, among other factors, had substantial water quality issues. In 2004, the Santee-Lynches Regional COG was designated as a planning agency, bringing the total number of designated planning agencies in the State to six. The six planning agencies are:

- Appalachian Council of Governments
- Berkeley-Charleston-Dorchester Council of Governments
- Central Midlands Council of Governments
- Lowcountry Council of Governments
- Santee-Lynches Regional Council of Governments
- Waccamaw Regional Council of Governments

These six COGs are responsible for planning in 24 of the State's 46 counties. The South Carolina Department of Health and Environmental Control (DHEC) is the planning agency for the remaining 22 counties known as the non-designated area of the State. At the time planning agencies were designated, the non-designated area consisted of rural or small urban communities where significant water quality problems were not likely to exist. However, the non-designated area now includes municipalities that have experienced significant growth including Aiken, Florence, Greenwood, Orangeburg and Rock Hill.

Since the seven planning agencies, including DHEC, first completed their respective management plans in 1979, these plans have been updated periodically. In 1994 and again in 2009, the designated planning agencies agreed to update all or part of their plans. This current plan update replaces the State's Water Quality Management Plan for the non-designated area dated October 1997 and incorporates any planning activities that are currently being used for facilities planning.

The purpose of this plan is to facilitate a systematic, regional approach to protecting water quality by:

1. Identifying water quality management areas

2. Documenting current and future wastewater infrastructure needs

208 Water Quality Management Plan

3. Outlining policies that guide the wastewater infrastructure permitting process
4. Providing administrative procedures to document plan modifications and allow for transparency and public involvement.

## II. General Description of the Planning Area

DHEC is responsible for water quality management planning pursuant to Section 208 of the Clean Water Act for the 22 counties outside the jurisdiction of the six designated planning agencies. The 22 counties are depicted on the map on the following page.

### South Carolina Designated Water Quality Planning Agencies



With the exception of the Aiken, Florence, Greenwood, Orangeburg and Rock Hill areas, rural or small communities with few centralized wastewater systems dominate the remaining non-designated portions of the State. As evidenced by the most recent designation of the Santee-Lynches Regional COG, DHEC supports wastewater planning by local planning agencies in areas where more complex wastewater planning issues arise that

need detailed attention by a local organization. Local wastewater planning is consistent with the State's antidegradation rules found in R.61-68, which require that DHEC provide for intergovernmental cooperation when considering justifications for the lowering of water quality.

# III. Institutional Designations and Responsibilities

## A. The Designated Water Quality Planning Agencies

Section 208 of the Clean Water Act requires the Governor of a State to designate both a boundary for water quality management planning areas and an agency to perform the planning work for such areas. This agency must be a single representative organization, which includes elected officials from local governments or their designees, and be capable of developing effective area-wide wastewater treatment management plans. Councils of Governments are considered to meet the definition. Therefore, six COGs are designated as water quality planning agencies for South Carolina.

**Table 1: Planning Agencies and Their Respective Services Areas**

| Planning Agency | Counties Served |
|---|---|
| Appalachian COG | Anderson, Greenville, Oconee, Pickens, Spartanburg |
| Berkeley-Charleston-Dorchester COG | Berkeley, Charleston, Dorchester |
| Central Midlands COG | Fairfield, Lexington, Newberry, Richland |
| Lowcountry COG | Beaufort, Colleton, Hampton, Jasper |
| Santee- Lynches Regional COG | Clarendon, Kershaw, Lee, Sumter |
| Waccamaw Regional COG | Georgetown, Horry, Williamsburg |
| South Carolina Department of Health and Environmental Control | Abbeville, Aiken, Allendale, Bamberg, Barnwell, Calhoun, Chester, Chesterfield, Darlington, Dillon, Edgefield, Florence, Greenwood, Lancaster, Laurens Marion, Marlboro, McCormick, Orangeburg, Saluda, Union, York |

Since the six designated planning areas do not include all of the State's 46 counties, DHEC serves as the planning agency for the remaining 22 counties. As the State water quality management planning agency, DHEC is also responsible for certifying, approving and submitting to EPA any Water Quality Management Plans and updates prepared by other designated regional planning agencies (40 CFR 130.10(b)(4)).

## B. The Designated Management Agencies

The provisions of water quality management plans, after approval by EPA, are carried out by designated management agencies. These agencies are responsible for constructing, operating and maintaining publicly owned wastewater treatment facilities and have the legal authorities necessary to implement the plans. Only designated management agencies are eligible loans from the State Revolving Fund (SRF) program for construction or repair of wastewater systems.

Management agencies or combinations of agencies must have certain authorities and operational capabilities and be willing to accept the responsibilities associated with designation. A principle

part of this Water Quality Management Plan is the identification of each management agency and its respective management boundary.

According to the Clean Water Act, each designated management agency must have adequate legal authority to:

A. Carry out appropriate portions of an area-wide waste treatment management plan

B. Effectively manage waste treatment works and related facilities serving such an area

C. Directly or by contract, design and construct new works, and operate and maintain new and existing works as required by the plan

D. Accept and utilize grants, or other funds from any source, for waste treatment purposes

E. Raise revenues, including the assessment of waste treatment charges

F. Incur short and long-term indebtedness

G. Assure in the implementation of an area-wide waste treatment management plan that each participating community pays its proportionate share of waste treatment

H. Refuse to receive any wastes from any municipality or subdivision which does not comply with any provision of an approved plan

I. Accept industrial waste for treatment.

Each designated management agency agrees to accept certain responsibilities, usually by signing a Willingness and Implementation Statement. Except as noted in the individual Willingness and Implementation Statement, the agencies listed in section VII are responsible for:

A. Establishment or continued implementation of a regulatory program to control:

1. Location of public and private domestic waste treatment facilities (this is to be accomplished before award of an SRF loan)

2. Appropriate waste treatment policies and procedures to include:

a) A schedule of fair user charges

b) Pretreatment standards for industrial wastes (if needed) and regulatory controls to accept or refuse municipal and/or industrial waste

c) Such other policies and procedures as may be appropriate

3. Implementation of the state and EPA approved area wide facilities waste treatment plan and updating the facilities plan periodically as necessary and appropriate

B. Development or continued implementation of an effective series of administrative management procedures and a personnel system appropriate to staff the agency for the discharge of its duties and responsibilities

The EPA approved a determination by the S.C. Attorney General that all incorporated municipalities, counties and special purpose districts in South Carolina are legally capable of performing the duties of a designated management agency. If the entity agrees to execute

responsibilities as described above, it may be designated as a management agency. The designation must first be certified by DHEC and submitted to the EPA by the Governor of South Carolina for approval.

If a designated management agency desires to provide wastewater service within another management agency's jurisdiction, both must agree to the modified boundary. Modifications can be made when all affected parties are in agreement and sufficient documentation of the agreement can be provided. Modifications to management agency designations must be submitted to DHEC for review. Once approved, DHEC will amend the plan in accordance with the procedures outlined in section IV of this plan.

# IV. Wastewater Management Policies

## A. Location, Sizing, Phasing, and Level of Treatment

The location and sizing of wastewater treatment plants and their accompanying collection lines are typically initiated by the designated management agencies. The management agency provides to the planning process its own decisions concerning the need to expand, consolidate, and otherwise direct its own program.

The need for phasing is determined by the management agencies and may be dependent on their local needs and ability to finance wastewater facilities. Phasing may necessary when additional quality of treatment is required by DHEC and the provider needs time for engineering, financing, or technology development. Phasing may also be a result of postponing construction until the anticipated need for wastewater facilities actually exists.

The minimum level of treatment is a determination of DHEC. At the request of a permittee, DHEC will evaluate the location, size, and other technical information and make a decision concerning the quality of treated wastewater needed to maintain water quality standards. The results of the technical evaluation may be part of a Total Maximum Daily Load (TMDL) and ultimately included in any discharge permit issued by DHEC.

## B. Elimination of Discharges and Consolidation of Facilities

DHEC encourages, when possible and feasible, the consolidation of wastewater treatment facilities into regional treatment plants. Regional treatment plants are typically more efficient and consistently provide better wastewater treatment. Consistent with South Carolina antidegradation rules, new treatment facilities will generally not be approved if the service area can be served by an existing treatment facility.

The Plan may require that existing treatment plants be eliminated if continued operation threatens water quality or the systematic planned growth of a regional sewer system. Permits may be issued with conditions that require the facility to be eliminated. Any temporary facilities that would need to be eliminated in the future are noted in section VI of the Plan. Factors such as location of the treatment facility, water quality benefits, and economics will guide the decision to approve or deny a request for a new wastewater facility or to recommend the elimination of an existing facility. These factors may also be evaluated during antidegradation review.

## C. Onsite Wastewater Systems

By regulation, the DHEC Bureau of Environmental Health will not issue permits for new individual sewage treatment and disposal systems where public sewer is accessible for connection as determined by them. In addition, sub-surface disposal systems serving more than one piece of deeded property (community systems) should not be permitted where existing centralized collection systems are accessible as determined by the Bureau of Environmental Health. Consistent with R. 61-56 for Onsite Wastewater Systems, a wastewater treatment facility is considered to be accessible for connection when it adjoins the property in question, the sewer authority has granted permission for the connection and annexation or easements to cross adjacent property are not required for connection.

Unless specifically granted an exception, in areas where centralized sewer is not currently accessible, DHEC requires public ownership of onsite wastewater systems serving more than one piece of deeded property. Consistent with R. 61-9.505.8, proposals for such community systems permitted under R. 61-56 must be reviewed for consistency with this Plan.

# V. Administrative Procedures

## A. Conformance Reviews

The 208 Water Quality Management Plan incorporates planning agency approved facilities plans or engineering reports. Therefore, actions specified in those plans are also specifications of 208 Plans. While facilities plans and engineering reports are incorporated in the 208 Water Quality Management Plan, boundaries in Section 201 Wastewater Facilities Plans may not coincide with management agency service area boundaries.

Determination of conformance of wastewater projects with 208 Plans is necessary because DHEC will not issue a construction or discharge permit or make an EPA grant or State Revolving Fund loan for wastewater facilities if it conflicts with the applicable 208 Plan. Section 208(e) of the CWA states "no permit under section 402 of this Act shall be issued for any point source which is in conflict with a plan approved pursuant to subsection (b) of this section". Furthermore, section 208(d) states "... the administrator shall not make any grant for construction of a publicly owned treatment works under section 201(g)(1) within such area except to such designated agency and for works in conformity with such plan". In addition, state regulations R61-9, "Water Pollution Control Permits," and R61-67, "Standards for Wastewater Facility Construction," require permits not to conflict with the Plan.

**Projects Requiring Review**

Proposed NPDES permits, land application permits, preliminary engineering reports and/or wastewater construction permit applications, are reviewed for conformance with this Plan. Certain exemptions apply to construction projects according to R 61-67.100.E.8.b. Preliminary Engineering Reports (PERs) and facilities plans for projects under the State Revolving Fund (SRF) loan program are also reviewed for conformance. Under R.61-67, all wastewater projects permitted by the Bureau of Water – public, private, domestic and industrial – come under the review process as well as subdivisions where community septic tank systems are used as a means

of wastewater disposal. Septic tank permits serving individual properties do not require Plan review.

**Procedural Steps**
Plan conformance reviews are determined during DHEC's report or permit review process. When the permitting program receives an application for the types of projects described above, typically a notification is sent to the appropriate department for a Plan conformance review. Based on information contained in the notification, a conclusion is made regarding conformance with this Plan. The appropriate staff indicates whether or not the project is in conformance (not in conflict) with the Plan and signs and dates the notification. The signed notification is then returned to the permitting program.

If a proposed project conflicts with this Plan, the project will not be in conformance. For example, if a developer applies for a permit to construct and operate a wastewater treatment facility to serve a new subdivision and the proposed subdivision lies within the management area of a publicly owned treatment provider that intends to service the area in question in the immediate or foreseeable future, then the privately owned facility would be in conflict with the Plan. In some circumstances, a new plant could be a temporary facility that will need to connect to a regional system at a later date. Any temporary facilities are noted in section VI. A. of this Plan.

If the project is in conformance with the Plan, the permit application process may proceed. If it is not, the permit cannot be issued and DHEC will notify the applicant of the conformance determination and provide justification for the decision. The applicant may either revise the project to conform to the Plan or seek to have the Plan amended. Amending the Plan is a form of modification, as described below.

## B. Plan Updates and Amendments
Usually the 208 Plan is modified for one of two reasons. One is to comprehensively update the Plan, or a portion of it, to reflect changing conditions or needs. Updates usually cover the entire planning area. The other reason is to enact an amendment that is focused on a particular project. An amendment is usually narrower in scope and based on changing conditions in a smaller area rather than conditions or policies that affect the entire planning region.

**Update Requirements**
A Plan update has no specific information requirements, although 40 CFR Part 130.6 discusses several priority elements including implementation measures, municipal and industrial waste treatment needs, management agencies, total maximum daily loads, effluent limitations, basin plans, and nonpoint source management and control. For administrative purposes, plan updates are considered major amendments and therefore require public input and EPA approval as described below.

**Amendment Requirements**
A Plan amendment request regarding a specific project should address certain specified components to standardize the review process by DHEC including:

- A description of the project and service area
- A rationale
- A cost effectiveness analysis
- An assessment of water quality impacts

Selected alternatives should be the most cost-effective, including consideration of non-monetary factors, and implementable among the alternatives. Therefore, an amendment request should justify a change from the previously selected alternative by showing it to be more cost-effective and that it can be implemented. Cost-effectiveness (e.g., a present worth analysis combined with other factors) should be evaluated on a long-term basis. If the scope of the project is to serve a new area not previously addressed, cost-effectiveness must be addressed as well.

**Types of Amendments**
1. **Major amendments** are required for the following types of activities:
   a. Proposals affecting the service areas of two or more designated management agencies, which do not include appropriate prior agreements reflected in the Plan between those management agencies.
   b. A new wastewater treatment facility, not including facilities permitted under R.61-56.
   c. An existing wastewater treatment facility that proposes to increase discharge volume by 50% or greater or by 10 million gallons per day or greater.
   d. Proposed projects that conflict with the following goals of this 208 Water Quality Management Plan:
      i. To consolidate wastewater treatment facilities into larger regional systems owned and operated by designated 208 management agencies.
      ii. To centralize sewer systems within management agency service areas preferably owned by public entities (as opposed to individual on site treatment systems or privately-owned treatment plants built to serve small individual developments) wherever feasible to provide an acceptable method of wastewater treatment and effluent disposal for projected residential, commercial, or industrial growth.
   e. Proposals that DHEC considers controversial or otherwise needing special attention to include public participation.

2. **Minor amendments** are required for the following types of activities that are not considered major:
   a. An existing wastewater treatment facility that proposes to increase discharge volume by less than 50% and less than 10 million gallons per day.
   b. Conversion of existing wastewater treatment facilities to other basins such as equalization or storage basins.
   c. Any other proposals DHEC considers minor with regard to water quality effects or stakeholder interest.

**Procedural Steps**
The Plan may be amended to generally update the information contained in the Plan or to allow for a deviation based on a request to amend. In some instances, concurrence may be denied because the requested action (e.g. new discharge permit, new construction permit, discharge permit renewal) is not in conformance with the current Plan. In such cases the designated

management agency or DHEC may seek an amendment to the Plan to accommodate the change. Requests for amendment should be submitted in writing to DHEC and must provide justification.

When the amendment request is for a **major amendment** as defined above, the decision-making process must allow for public input. The public notification process used by DHEC in its wastewater permitting programs may be used to notify interested parties of changes and allow for comment during the permit public notice period.

If judged necessary, a public meeting on the amendment request may be conducted prior to final permit issuance and may coincide with any DHEC public hearing for a permit. The public will be notified at least thirty days prior to such a meeting. Oral and written comments will be accepted at the meeting and the record may remain open afterwards for written comments. Subsequent to the comment period, staff will prepare a responsiveness summary that addresses any comments and concerns, if needed.

For **minor amendments**, DHEC staff will review the request and make any necessary changes to the plan.

Based on the technical review of the amendment request and public comments on major amendments, DHEC will make a final decision regarding the amendment. If DHEC decides not to amend the Plan, the requestor will be notified in writing and a justification provided. Both comprehensive updates and major amendments are also sent to EPA for approval. All amendments, major and minor, will be kept on file and listed in Appendix A. Appendix A will be available on the DHEC website and updated periodically.

# VI. Wastewater Discharger Issues

## A. Treatment Facilities and Capacities

Below is a list of the domestic and industrial NPDES discharge permit holders located in the non-designated planning area of South Carolina. Design capacities are listed for domestic wastewater dischargers only.

208 Water Quality Management Plan

**Table 2: NPDES Permitted Discharges in the Non-Designated Area of South Carolina**

| County | NPDES Permit Number | Permittee | Receiving Water | Design Capacity (GPD) | Temporary |
|---|---|---|---|---|---|
| Abbeville | SC0040614 | Abbeville Long Cane Creek WWTP | Long Cane Creek | 1,700,000 | No |
| Abbeville | SC0000299 | Mohawk Industries Inc Rocky River Plant | Richard B. Russell Lake | N/A | No |
| Abbeville | SC0023477 | Sage Automotive Interiors | Hillburn Creek | N/A | No |
| Abbeville | SC0000353 | Sage Automotive Interiors Abbeville Plant | Blue Hill Creek | N/A | No |
| Abbeville | SC0048704 | Sage Automotive Interiors Abbeville Plant | Long Cane Creek | N/A | No |
| Abbeville | SC0025721 | Town of Calhoun Falls | Sawney Creek to Little River | 1,500,000 | No |
| Abbeville | SC0022403 | Town of Due West | Park Creek-Little River | 300,000 | No |
| Aiken | SC0024457 | Aiken County Public Service Authority Horse Creek | Savannah River | 20,000,000 | No |
| Aiken | ND0067113 | Beech Island Water District | N/A | 13,200 | No |
| Aiken | SC0039730 | Cytec Industries Inc | Horse Creek | N/A | No |
| Aiken | SC0032638 | GTX Properties LLC | Horse Creek | 17,300 | No |
| Aiken | SC0024341 | J M Huber Corporation | South Fork Edisto River | N/A | No |
| Aiken | SC0040096 | Kentucky Tennessee Clay Co. | Sand River to Horse Creek | N/A | No |
| Aiken | SC0046388 | Kentucky Tennessee Clay Co. | Beaverdam Branch to South Fork Edisto River | N/A | No |
| Aiken | SC0000582 | Kimberly Clark Corporation | Savannah River | N/A | No |
| Aiken | ND0077615 | Savannah River Research Campus | N/A | 25,000 | No |
| Aiken | SC0000574 | SCE&G | Savannah River | N/A | No |
| Aiken | ND0065871 | Shree of Aiken/ Motel | N/A | 17,000 | No |
| Aiken | ND0014010 | Silver Bluff High | N/A | 16,900 | No |
| Aiken | SC0027529 | South Carolina Minerals Inc | Horse Creek to Savannah River | N/A | No |
| Aiken | ND0068454 | Town of New Ellenton | N/A | 1,000,000 | No |
| Aiken | SC0026204 | Town of Wagener | Dean Creek to South Edisto River | 130,000 | No |
| Aiken | ND0072125 | US Department of Energy Savannah River Site | N/A | 2,500 | No |
| Aiken | SC0000175 | US Department of Energy Savannah River Site | Tim's Branch-Beaver Dam Creek-Fourmile Branch-Crouch Branch-McQueen Branch-Indian Grave Branch-MCQueen's Branch-Upper Three Runs Creek | 7,000 | No |
| Allendale | SC0039918 | Allendale WWTF | Savannah River | 4,000,000 | No |
| Allendale | SC0042803 | Clariant Corporation | Savannah River | N/A | No |
| Bamberg | ND0063398 | City of Bamberg | N/A | 1,055,000 | No |
| Bamberg | SC0040215 | City of Denmark | Little Salkehatchie River | 1,000,000 | No |
| Bamberg | ND0083135 | Ehrhardt WWTF | N/A | 60,000 | No |
| Barnwell | ND0080985 | Bamberg Board of Public Works | N/A | 250,000 | No |
| Barnwell | SC0047872 | City of Barnwell WWTF | Salkehatchie River | 3,000,000 | No |
| Barnwell | ND0067024 | Laurel Baye Healthcare | N/A | 5,400 | No |
| Barnwell | SC0003093 | Milliken & Company | Salkehatchie River | N/A | No |
| Barnwell | SC0026417 | Town of Blackville | Windy Hill Creek to South Fork Edisto River | 800,000 | No |
| Barnwell | ND0063061 | Town of Williston | N/A | 1,257,000 | No |
| Barnwell | SC0047431 | US Department of Energy Savannah River Site | Beaverdam Creek and Savannah River | None | No |

208 Water Quality Management Plan

| County | NPDES Permit Number | Permittee | Receiving Water | Design Capacity (GPD) | Temporary |
|---|---|---|---|---|---|
| Calhoun | SC0033367 | Devro INC | Congaree River | N/A | No |
| Calhoun | SC0001333 | Eastman Chemical Company SC Operations | Congaree River | N/A | No |
| Calhoun | SC0040339 | SC Department of Transportation Calhoun County | Savany Hunt Creek | 60,000 | No |
| Calhoun | SC0028801 | Town of St. Matthews | Antley Springs Creek to Lake Marion | 550,000 | No |
| Chester | SC0047538 | Carolawn Steering Committee | Fishing Creek | None | No |
| Chester | SC0022756 | Chemtrade Performance Chemicals US LLC | Broad River | N/A | No |
| Chester | SC0036081 | Chester Metro Sandy River | Sandy River | 2,133,000 | No |
| Chester | SC0001741 | Chester Sewer District | Fishing Creek to Catawba River | 800,000 | No |
| Chester | SC0036056 | Chester Sewer District | Rocky Creek to Catawba River | 1,360,000 | No |
| Chester | ND0080535 | Hilltop Mobile Home Park | N/A | 8,400 | No |
| Chester | SC0042129 | Kentucky Cumberland Coal Co. | Catawba River | N/A | No |
| Chester | SC0021211 | Town of Great Falls | Catawba River | 1,400,000 | No |
| Chesterfield | SC0048445 | Buckhorn Materials LLC | Cedar Falls Branch-Lynches River | None | No |
| Chesterfield | SC0020249 | Cheraw Water Plant | Pee Dee River | 4,000,000 | No |
| Chesterfield | SC0021504 | Pageland Northwest WWTF | Hills Creek to Lynches River | 300,000 | No |
| Chesterfield | SC0021539 | Pageland Southeast WWTF | Cattail Branch to Big Black Creek | 600,000 | No |
| Chesterfield | SC0024767 | Town of Jefferson Water Plant | Brazell Branch to Little Fork to Lynches River | 150,000 | No |
| Darlington | SC0039624 | City of Darlington Black Creek WWTF | Black Creek | 1,600,000 | No |
| Darlington | SC0004162 | Darlington Development LLC | Black Creek | N/A | No |
| Darlington | ND0067962 | DCW&SA/Swift Creek Plant | N/A | 150,000 | No |
| Darlington | SC0043231 | DCW&SA/Swift Creek WWTF | Swift Creek | 114,000 | No |
| Darlington | SC0002704 | Galey & Lord Industries LLC | Great Pee Dee River | N/A | No |
| Darlington | SC0021580 | Hartsville WWTF | Black Creek | 3,500,000 | No |
| Darlington | SC0043702 | Lamar WWTF | Lynches River | 650,000 | No |
| Darlington | SC0048283 | Nucor Corporation | Lucas Creek | N/A | No |
| Darlington | ND0067997 | Odoms Mobile Home Park | N/A | 8,000 | No |
| Darlington | SC0002925 | Progress Energy Carolinas Inc. | Lake Robinson- Black Creek | N/A | No |
| Darlington | SC0003042 | Sonoco Products | Black Creek | N/A | No |
| Darlington | ND0067636 | Swinks MHP | N/A | 8,000 | No |
| Dillon | SC0021776 | Dillon Little Pee Dee | Little Pee Dee River | 5,000,000 | No |
| Dillon | SC0022284 | Lake View WWTF | Bear Swamp to Ashpole Swamp to Lumber River | 200,000 | No |
| Dillon | SC0031801 | South of the Border | Contrary Swamp to Hayes Creek to Little Pee Dee River | 180,000 | No |
| Dillon | ND0083097 | Town of Lake View | N/A | 200,000 | No |
| Dillon | SC0025402 | Town of Latta | Buck Swamp | 1,000,000 | No |
| Edgefield | SC0025682 | Edgefield County Water & Sewer Authority | Paces Branch to Shaw Creek | 75,000 | No |
| Edgefield | SC0025691 | Edgefield County Water & Sewer Authority | South Fork Edisto River | 968,000 | No |
| Edgefield | ND0077992 | Edgefield County Water & Sewer Authority | N/A | None | No |
| Edgefield | SC0025330 | Edgefield County Water & Sewer Authority WWTP Lab | Beaverdam Creek | 725,000 | No |

208 Water Quality Management Plan

| County | NPDES Permit Number | Permittee | Receiving Water | Design Capacity (GPD) | Temporary |
|---|---|---|---|---|---|
| Edgefield | SC0047813 | Federal Pacific Electric | Beaverdam Creek to Turkey Creek | None | No |
| Florence | ND0063801 | Beulah LLC | N/A | 7,200 | No |
| Florence | SC0045462 | City of Florence | Pee Dee River | 15,000,000 | No |
| Florence | SC0046311 | City of Lake City | Lynches River | 5,200,000 | No |
| Florence | SC0034703 | Commander Nursing Center | Little Willow Creek to Jeffries Creek | 25,000 | No |
| Florence | SC0048399 | Dilmar Oil Company | Beaverdam Creek | 7,000 | No |
| Florence | SC0002917 | Dupont Teijin Films | Great Pee Dee River | N/A | No |
| Florence | SC0025933 | Johnsonville East WWTP | Lynches River | 3,000,000 | No |
| Florence | SC0003018 | Koppers Inc. | Pye Branch to Heffrues Creek to Pee Dee River-2 Mile Creek to Polk Swamp | N/A | No |
| Florence | SC0039284 | McCall Farms Inc. | Lynches River | N/A | No |
| Florence | SC0000876 | Smurfit Stone Container Enterprises Inc. | Great Pee Dee River | N/A | No |
| Florence | SC0021351 | Town of Pamplico | Great Pee Dee River | 300,000 | No |
| Florence | SC0025356 | Town of Timmonsville | Sparrow Swamp to Lynches River | 2,000,000 | No |
| Greenwood | SC0048356 | Clendenin Lumber Company | Turkey Creek | N/A | No |
| Greenwood | SC0021709 | Greenwood Metropolitan District | Wilson Creek | 12,000,000 | No |
| Greenwood | SC0022870 | Greenwood West Alexander WWTF | Hard Labor Creek | 2,200,000 | No |
| Greenwood | SC0036048 | Ninety Six WWTF | Ninety Six Creek | 500,000 | No |
| Greenwood | SC0042706 | Town of Ninety Six CPW | Wilson Creek | 60,000 | No |
| Greenwood | SC0034444 | United Utilities Companies Inc. | Henley Creek to Ropers Creek to Ninety Six Creek | 75,000 | No |
| Greenwood | SC0020214 | Ware Shoals Dairy Street | Saluda River | 8,000,000 | No |
| Lancaster | SC0040479 | Haile Gold Mine Inc. | Haile Gold Mine Creek | N/A | No |
| Lancaster | ND0085561 | Haile Gold Mine Inc. | Pee Dee River | None | No |
| Lancaster | SC0040118 | Heath Springs WWTF | Beckham Branch to Lynches Creek | 150,000 | No |
| Lancaster | SC0046892 | Lancaster Catawba River | Catawba River | 7,500,000 | No |
| Lancaster | ND0080896 | Lancaster Catawba River WWTP | N/A | None | No |
| Lancaster | SC0027391 | Lancaster County | Catawba River | N/A | No |
| Lancaster | SC0047864 | Lancaster County Indianland WWTP | Catawba River | 2,000,000 | No |
| Lancaster | SC0030210 | Lancaster County School District | Wildcat Creek to Lynches Creek | 35,000 | No |
| Lancaster | SC0041807 | Saratoga Properties LLC | Causar Branch | 8,000 | No |
| Lancaster | SC0003255 | Springs Global US Inc. | Catawba River | N/A | No |
| Lancaster | SC0025798 | Town of Kershaw Hanging Rock Creek | Hanging Rock Creek | 800,000 | No |
| Laurens | ND0080802 | Campbell Septic Tank Co. | N/A | None | No |
| Laurens | SC0048534 | Ingersoll Rand Company | North Creek to Little River | N/A | No |
| Laurens | ND0085898 | Jacabb Utilities Inc. | N/A | 11,500 | No |
| Laurens | SC0020702 | Laurens Commisstion of Public Works | Little River | 4,500,000 | No |
| Laurens | SC0037974 | Laurens County Water & Sewer Commission | Bush River | 2,750,000 | No |
| Laurens | ND0080799 | Macemore Inc. | N/A | 27,500 | No |
| Laurens | ND0086665 | Palmetto Septic Tank & Sewer Service | N/A | N/A | No |
| Laurens | ND0078417 | Powers Service Company | N/A | None | No |

208 Water Quality Management Plan

| County | NPDES Permit Number | Permittee | Receiving Water | Design Capacity (GPD) | Temporary |
|---|---|---|---|---|---|
| Laurens | SC0040002 | REWA Durbin Creek | Durbin Creek | 5,200,000 | No |
| Laurens | SC0032298 | S&S Washerette | Mountain Creek to North Rabon Creek to Lake Greenwood | N/A | No |
| Laurens | SC0045811 | WR Grace & Co Construction Products Division | Warrior Creek | 12,000 | No |
| Marion | SC0029408 | City of Mullins | White Oak Creek to Little Pee Dee | 2,750,000 | No |
| Marion | ND0080721 | Locust Tree Development | N/A | 3,750 | No |
| Marion | SC0046230 | Marion WWTF | Pee Dee River | 6,000,000 | No |
| Marion | ND0080837 | Mullins WWTP | N/A | 500,000 | No |
| Marion | SC0041327 | Nichols WWTF | Lumber River | 135,000 | No |
| Marlboro | SC0025178 | Bennettsville WWTF | Crooked Creek to Pee Dee River | 3,900,000 | No |
| Marlboro | SC0042188 | Domtar Paper Company LLC | Great Pee Dee River | N/A | No |
| Marlboro | SC0041963 | McColl WWTF | Gum Swamp | 400,000 | No |
| Marlboro | SC0001996 | Mohawk Industries Inc. | Great Pee Dee River | N/A | No |
| Marlboro | SC0002151 | Schwarz Wallace LLC | Great Pee Dee River | N/A | No |
| Marlboro | SC0040606 | Town of Clio | Great Pee Dee River | 300,000 | No |
| McCormick | SC0030783 | McCormick Commission of Public Works | Rocky Creek to Stevens Creek | 3,350,000 | No |
| McCormick | SC0000396 | Milliken & Company | Savannah River | N/A | No |
| McCormick | SC0021466 | SC DPRT/Hamilton Camp Area | Lake Thurmond | 9,000 | No |
| McCormick | SC0047317 | US Army Corps of Engineers | Savannah River | None | No |
| Orangeburg | SC0043419 | ACO Distribution & Warehouse Inc. | North Fork Edisto River | N/A | No |
| Orangeburg | SC0001180 | Albemarle Corporation | Edisto River | N/A | No |
| Orangeburg | SC0029645 | Carolina Water Service | N/A | 67,600 | No |
| Orangeburg | SC0024481 | City of Orangeburg | North Fork Edisto River | 9,000,000 | No |
| Orangeburg | SC0032671 | Connie Maxwell Childrens Home | Middle Pen Swamp to Four Hole Swamp | 9,000 | No |
| Orangeburg | ND0067628 | Elloree Water System | N/A | 349,000 | No |
| Orangeburg | SC0002992 | Holcim US Inc. | Home Branch to Four Hole Swamp | N/A | No |
| Orangeburg | ND0067130 | I 95 Truck Stop | N/A | 10,700 | No |
| Orangeburg | SC0040185 | Orangeburg School District 4 | Whirlwind Creek | 17,000 | No |
| Orangeburg | SC0001147 | Roseburg Forest Products South Limited Partnership | Four Hold Swamp to Edisto River | N/A | No |
| Orangeburg | ND0065676 | Santee Public Service District | N/A | 713,000 | No |
| Orangeburg | ND0067920 | SC DPRT Santee State Park | N/A | 24,000 | No |
| Orangeburg | SC0045772 | SCE&G | South Fork Edisto River | N/A | No |
| Orangeburg | SC0040037 | Town of Bowman | Cow Castle Creek to Four Hold Swamp | 236,200 | No |
| Orangeburg | SC0047333 | Town of Branchville | Edisto River | 150,000 | No |
| Orangeburg | ND0063380 | Town of Holly Hill | N/A | 287,000 | No |
| Orangeburg | SC0047821 | Town of North Wastewater | North Fork Edisto River | 200,000 | No |
| Orangeburg | SC0045993 | Town of Norway | Willow Swamp to South Fork Edisto River | 110,000 | No |
| Orangeburg | SC0023281 | Town of Springfield | Goodland Creek to South Fork Edisto River | 60,000 | No |
| Orangeburg | SC0023272 | Town of Springfield | South Fork Edisto River | 120,000 | No |

208 Water Quality Management Plan

| County | NPDES Permit Number | Permittee | Receiving Water | Design Capacity (GPD) | Temporary |
|---|---|---|---|---|---|
| Orangeburg | ND0067610 | Water Holidays Owners Association Inc. | N/A | 4,000 | No |
| Saluda | ND0083615 | Amick Farms LLC | N/A | N/A | No |
| Saluda | SC0022381 | Saluda Commission of Public Works | Little Saluda River | 465,000 | No |
| Saluda | ND0076945 | Valley Proteins Inc. | N/A | 220,000 | No |
| Union | SC0001368 | Carlisle Finishing LLC | Broad River | N/A | No |
| Union | SC0047236 | City of Union Meng Creek WWTP | N/A | 1,000,000 | No |
| Union | SC0002186 | SCE&G | Broad River | N/A | No |
| Union | SC0003051 | Total Environmental Solutions | N/A | N/A | No |
| Union | SC0024988 | Town of Jonesville | N/A | 250,000 | No |
| Union | SC0047244 | Union Tosch Creek WWTP | Fairforest Creek | 6,000,000 | No |
| Union | SC0035041 | United Utility Companies Inc. | Fairforest Creek | 65,000 | No |
| York | SC0001015 | Abitibi Bowater Inc. | Catawba River | N/A | No |
| York | SC0041670 | Adnah Hills Mobile Home Park | Tools Fork Creek | 40,000 | No |
| York | SC0027341 | Bic Real Estate Holdings LLC | Tinkers Creek | 12,000 | No |
| York | SC0030112 | Carolina Water Service Inc. of NC | McAlpine Creek to Sugar Creek to Catawba River | 630,000 | No |
| York | ND0080900 | Charlotte Mecklenburg Utilities Department | N/A | N/A | No |
| York | ND0086011 | City of Rock Hill | N/A | N/A | No |
| York | SC0004278 | Duke Energy Corp Catawba Nuclear Station | Lake Wylie | N/A | No |
| York | SC0028622 | Edgar Smith/Quail Medow LLC | Burgis Creek to Catawba River | 25,000 | No |
| York | ND0080748 | G&W Inc. | N/A | None | No |
| York | SC0037605 | Lake Wylie MHP | Mill Creek to Lake Wylie | 90,000 | No |
| York | ND0067105 | Lazy Daze Campground | N/A | 21,700 | No |
| York | SC0043095 | Mack Subdivision | Susybole Creek | 20,000 | No |
| York | SC0027111 | McAfee Mobile Home Park | Hope Branch to Fishing Creek | 18,000 | No |
| York | SC0035360 | Nation Ford Chemical Co. | Catawba River | N/A | No |
| York | SC0041904 | Neely's Creek Homes Inc. | Neelys Creek | 8,000 | No |
| York | SC0002801 | North Safety Products LLC | Allison Creek | N/A | No |
| York | SC0032417 | Paulette K Ballard | Abernathy Creek to Catawba River | 30,000 | No |
| York | SC0028321 | Pharr Yarns LLC | Beaverdam Creek to Crowder's Creek to Lake Wylie | N/A | No |
| York | SC0041203 | Pinetuck Utilities | Clinton Branch to Fishing Creek | 150,000 | No |
| York | SC0046248 | Plains LPG Services LP | Tributary to Fishing Creek | None | No |
| York | SC0020443 | Rock Hill Manchester Creek | Catawba River | 20,000,000 | No |
| York | SC0026751 | Tega Cay Water Service Inc. | Lake Wylie | 290,000 | No |
| York | SC0026743 | Tega Cay Water Service Inc. | Lake Wylie | 320,000 | No |
| York | SC0020371 | Town of Fort Mill | Catawba River | 3,000,000 | No |
| York | SC0025275 | US Park Service/ Kings Mountain | Clarks Fork to Bullocks Creek to Broad River | 9,500 | No |
| York | SC0027189 | Utilities Services of SC Inc. | Barber Branch to Catawba River | 14,000 | No |
| York | SC0038113 | Utilities Services of SC Inc. | Tributary to Jackson Branch | 20,000 | No |
| York | SC0039217 | Utilities Services of SC Inc. | Tools Fork Creek to Fishing Creek to Catawba River | 20,000 | No |
| York | SC0027146 | Utilities Services of SC Inc. | Sugar Creek to Catawba River | 120,000 | No |
| York | SC0038156 | York Fishing Creek WWTP | Fishing Creek | 3,000,000 | No |

208 Water Quality Management Plan

**Table 3: Permitted Community Wastewater Systems in the Non-Designated Area of South Carolina**

| County | Project Name | Maximum Flow (GPD) |
|---|---|---|
| Greenwood | Terrapin Pointe Subdivision | 8,540 |
| Saluda | Bass Harbor | 7,200 |
| York | River Ridge | 7,680 |
| York | Town of Sharon Community System | 750 |
| Chesterfield | Wellington Greens | 5,760 |
| Aiken | Cedar Creek Community System | 11,520 |
| Orangeburg | Vances Ferry Condominiums | 3,840 |

## B. Total Daily Maximum Loads (TMDLs) and Wasteload Allocations (WLAs)

For impaired waterbodies, the Department is required to develop a total maximum daily load (TMDL) for the pollutant(s) causing the impairment. A TMDL is the maximum allowable load of a specific pollutant that can be assimilated by a waterbody without violating water quality criteria or preventing attainment of an existing or classified use. DHEC develops TMDLs for waterbodies on the 303(d) list of impaired waters, which is published every 2 years. In South Carolina, TMDLs are developed and proposed by SCDHEC, placed on public notice and then forwarded to EPA Region 4 for final approval. A current listing of TMDLs that have been approved as well as those that are under development can be found on the DHEC website: http://www.scdhec.gov/environment/water/tmdl/.

Once a TMDL is developed for a waterbody, the pollution reduction necessary to meet water quality criteria is divided among point sources (the wasteload allocation or WLA) and non-point sources (the load allocation or LA).

When a TMDL has been developed for a waterbody, permit limits for discharges to that waterbody will be based on the wasteload allocation portion of the TMDL. If a waterbody is impaired but a TMDL has not been finalized, permit limits will be developed such that there is no net increase in loading of the pollutants that caused the impairment.

In some discharge situations, a receiving stream's assimilative capacity must be allocated among dischargers. Typically, for the designated 208 Planning areas of the State, the responsible Council of Government divides the allowed loading according to its procedures. For the non-designated areas of the State, DHEC divides the allowed loading.

208 Water Quality Management Plan

# VII. Management Agency Issues

## A. Designated Management Agencies and Service Areas

Following is a listing, by county, of the management agencies for the non-designated area of South Carolina. The water quality management area is the geographical area within which a management agency makes wastewater planning and management decisions. The management area is distinguished from a sewer service area, which is the geographical area where an agency actually provides wastewater collection and/or treatment.

Some management agencies may contract with another entity to provide sewer treatment services. The following list therefore indicates the primary wastewater treatment provider for each management agency. Note that treatment providers for individual properties or certain industrial customers are not listed below but are included in the respective intergovernmental agreement summary in the next section.

In addition to the text provided below, management agency maps can be found on the DHEC website at http://www.scdhec.gov/environment/water/208.htm. There you will be able to view the water quality management area, which includes any future sewer service areas, and the existing sewer service area for each management agency.

Management and service area information provided in this Plan, including the related maps, are for planning and reference purposes only and are in no way legally-binding.

**Abbeville County**.

| Management Agency | Management Area | Treatment Provider |
|---|---|---|
| City of Abbeville | Municipality | City of Abbeville |
| Town of Calhoun Falls | Municipality | Town of Calhoun Falls |
| Town of Due West | Municipality | Town of Ware Shoals |

**Aiken County**

| Management Agency | Management Area | Treatment Provider |
|---|---|---|
| North Augusta | Municipality | Aiken County Public Service Authority |
| City of Aiken | Municipality and surrounding county areas | Aiken County Public Service Authority Montmorenci-Couchton Water and Sewer District |
| Town of Wagener | Municipality | Town of Wagener |
| Town of Salley | Municipality | N/A |
| Town of New Ellenton | Municipality | Town of New Ellenton |
| Aiken County Public Service Authority | Certain areas of Aiken and Edgefield Counties | Aiken County Public Service Authority |

208 Water Quality Management Plan

**Allendale County**

| Management Agency | Management Area | Treatment Provider |
|---|---|---|
| Town of Allendale | Municipalities of Allendale and Fairfax | Town of Allendale |
| Fairfax | Municipality | Town of Allendale |
| *Allendale County | Unincorporated county areas | Town of Allendale |

*Allendale County owns a sewer line connecting the County Jail to the Town of Fairfax's collection system.

**Bamberg County**

| Management Agency | Management Area | Treatment Provider |
|---|---|---|
| City of Bamberg | Municipality | City of Bamberg |
| City of Denmark | Municipality | City of Denmark |
| Bamberg County | Unincorporated county areas | N/A |
| Town of Ehrhardt | Municipality | Town of Ehrhardt |

**Chester County**

| Management Agency | Management Area | Treatment Provider |
|---|---|---|
| Chester Sewer District | Municipality | Chester Sewer District |
| Town of Great Falls | Municipality | Town of Great Falls |

**\*Chesterfield County**

| Management Agency | Management Area | Treatment Provider |
|---|---|---|
| Town of Pageland | Municipality | Town of Pageland |
| Town of Jefferson | Municipality | Town of Jefferson |
| Town of Chesterfield | Municipality | Town of Cheraw |
| Town of Cheraw | Municipality | Town of Cheraw |
| Chesterfield County | Unincorporated county areas | N/A |

*Alligator Rural Water and Sewer (**see map Appendix C**), a private entity, provides wastewater service to the area in and around the Town of McBee

**Darlington County**

| Management Agency | Management Area | Treatment Provider |
|---|---|---|
| City of Darlington | Municipality | City of Darlington |
| City of Hartsville | Municipality | City of Hartsville |
| Town of Lamar | Municipality | Town of Lamar |
| Darlington County Water & Sewer Authority | Unincorporated county areas | Darlington County Water & Sewer Authority, City of Florence and City of Hartsville |

208 Water Quality Management Plan

**Dillon County**

| Management Agency | Management Area | Treatment Provider |
|---|---|---|
| Town of Lake View | Municipality | Town of Lake View |
| Town of Latta | Municipality and surrounding county areas | Town of Latta |
| City of Dillon | Municipality | City of Dillon |
| Dillon County | Unincorporated county areas | N/A |

**Edgefield County**

| Management Agency | Management Area | Treatment Provider |
|---|---|---|
| Edgefield County Water and Sewer Authority | Municipalities of Johnston and Trenton and unincorporated county areas | Aiken County PSA and Edgefield County Water and Sewer Authority |

**Florence County**

| Management Agency | Management Area | Treatment Provider |
|---|---|---|
| Town of Olanta | Municipality | City of Lake City |
| City of Timmonsville | Municipality | City of Timmonsville |
| City of Johnsonville | Municipality and Wellman, Inc. property | City of Johnsonville |
| Florence County | Unincorporated county areas | N/A |
| City of Lake City | Municipality | City of Lake City |
| Town of Pamplico | Municipality | Town of Pamplico |
| Town of Springfield | Municipality | Town of Springfield |
| Town of Scranton | Municipality | City of Lake City |
| City of Florence | Municipality and surrounding county areas | City of Florence |

**Greenwood County**

| Management Agency | Management Area | Treatment Provider |
|---|---|---|
| Town of Ware Shoals | Towns of Ware Shoals, Honea Path, Donalds, Due West and unincorporated areas of Abbeville and Greenwood counties | Town of Ware Shoals |
| Town of Ninety Six | Municipality and surrounding county areas | Town of Ninety Six |
| Greenwood Metropolitan Commission | Municipality and surrounding county areas | Greenwood Metropolitan Commission |

208 Water Quality Management Plan

**Lancaster County**

| Management Agency | Management Area | Treatment Provider |
|---|---|---|
| City of Lancaster | Municipality and surrounding county areas | City of Lancaster |
| Town of Heath Springs | Municipality | Town of Heath Springs |
| Town of Kershaw | Municipality | Town of Kershaw |
| Lancaster County Water & Sewer District | Unincorporated county areas | City of Charlotte, City of Lancaster, Heath Springs, Lancaster County Water & Sewer District |

**Laurens County**

| Management Agency | Management Area | Treatment Provider |
|---|---|---|
| Laurens Commission of Public Works | Municipality and surrounding county areas | Laurens Commission of Public Works |
| City of Clinton | Municipality and surrounding county areas | Laurens County Water and Sewer Commission |
| Laurens County Water and Sewer Commission | Unincorporated county areas | Laurens County Water and Sewer Commission |

**\*Marion County**

| Management Agency | Management Area | Treatment Provider |
|---|---|---|
| City of Mullins | Municipality and surrounding county areas | City of Mullins |
| Marion County | Unincorporated county areas | N/A |
| Grand Strand Water and Sewer Authority | City of Marion and Town of Nichols | Grand Strand Water and Sewer Authority |

\*Marco Rural Water, a private entity, provides wastewater service to unincorporated Marion County. Grand Strand Water and Sewer Authority is also a management agency under the Waccamaw 208 Areawide Water Quality Management Plan.

**Marlboro County**

| Management Agency | Management Area | Treatment Provider |
|---|---|---|
| Town of Bennettsville | Municipality | Town of Bennettsville |
| Town of Clio | Municipality and surrounding county areas | Town of Clio |
| Town of McColl | Municipality | Town of McColl |

**McCormick County**

| Management Agency | Management Area | Treatment Provider |
|---|---|---|
| Town of McCormick | Municipality and surrounding county areas | Town of McCormick |
| McCormick County | Unincorporated county areas | McCormick County |

208 Water Quality Management Plan

**Orangeburg County**

| Management Agency | Management Area | Treatment Provider |
|---|---|---|
| City of Orangeburg | Municipality and surrounding county areas | City of Orangeburg |
| Town of Branchville | Municipality | Town of Branchville |
| Town of Elloree | Municipality | Town of Elloree |
| Town of North | Municipality and surrounding county areas | Town of North |
| Town of Holly Hill | Municipality | Town of Holly Hill |
| Town of Springfield | Municipality | Town of Springfield |
| Santee Public Service District | Municipality | Santee Public Service District |
| Town of Bowman | Municipality | Town of Bowman |
| Orangeburg County | Unincorporated county | City of Orangeburg |
| Town of Norway | Municipality and surrounding county areas | Town of Norway |

**Saluda County**

| Management Agency | Management Area | Treatment Provider |
|---|---|---|
| Saluda Commission of Pubic Works | Municipality | Saluda Commission of Pubic Works, Aiken County PSA |
| Saluda County Water and Sewer Authority | Unincorporated county | Aiken County Public Service Authority |

**Union County**

| Management Agency | Management Area | Treatment Provider |
|---|---|---|
| City of Union | Municipality and surrounding county areas | City of Union |
| Town of Jonesville | Municipality and surrounding county areas | Town of Jonesville |
| Town of Carlisle | Municipality | Carlisle Finishing Plant |

**York County**

| Management Agency | Management Area | Treatment Provider |
|---|---|---|
| Town of Clover | Municipality and surrounding county areas | City of Gastonia, NC |
| Town of Fort Mill | Municipality and surrounding county areas | Town of Fort Mill |
| City of Rock Hill | Municipality and surrounding county areas | City of Rock Hill |
| City of York | Municipality and surrounding county areas | City of York |
| York County | Certain unincorporated county areas | City of Rock Hill |

## B. Future Wastewater Plans

Several management agencies have plans to expand their wastewater service areas in the next 10 to 15 years. The list below includes a brief description of these anticipated changes for each applicable management agency.

Town of Bowman
The town anticipates expansion of its wastewater treatment facility and collection system to serve areas along Homestead and Vance roads to I-26.

Town of Latta
The town anticipates expanding its wastewater service area into to unincorporated portions of Dillon County extending west and south to the Marlboro, Florence and Marion county lines. The future service area also includes service along Highway 917 to Highway 41.

Town of Elloree
The town plans to provide future service to areas east of the town to Lake Marion, including Santee State Park, and south of the town, almost to the junction of Interstates I-26 and I-95.

Town of Johnsonville
The town anticipates expanding its wastewater service area into to unincorporated portions of Florence County extending south and east to the Williamsburg and Marion county lines.

Town of Mullins
The town plans to expand its sewer service area by approximately 4 miles in all directions to include unincorporated portions of Marion County from the Little Pee Dee River to highway 501.

## C. Intergovernmental Agreements

The following list includes a brief description of any intergovernmental agreements between designated management agencies that coordinate the handling of wastewater on a regional basis. Thirty-six management agencies have joint agreements with one or more other management agencies. Management agencies that did not provide agreement information include the Town of Calhoun Falls, Town of Allendale, City of Bamberg, Town of Timmonsville, Town of McColl, Town of Santee and the Chester Sewer District.

Aiken County Public Service Authority (Aiken Co.)
> Agreements with the cities of Aiken and North Augusta, Saluda County, the Edgefield County Water and Sewer Authority and the Valley Public Service Authority.
>
> Under its Edgefield County agreement, the PSA treats wastewater generated from an existing state prison and will treat wastewater from a proposed new federal prison when it is built. Under another agreement, Aiken County agrees to provide pre-treatment services for industrial customers within the Edgefield County service area.
> Under its Saluda County agreement, the PSA treats wastewater from various poultry processing operations. Under its Aiken and North Augusta agreements, the PSA treats each community's wastewater.

Under the Valley Public Service Authority agreement, Aiken County authorizes Valley PSA to provide retail sewer service to certain unincorporated communities within the Aiken County PSA service area.

City of Aiken (Aiken Co.)

Agreements with Aiken County, Montmorenci-Couchton Water and Sewer District, the City of New Ellenton and Valley Public Service Authority (VPSA). For an explanation of Aiken County the agreement, see "Aiken County Public Service Authority."

The Montmorenci-Couchton agreement defines the respective service areas of Monmorenci and the city and allows each to continue to provide water and wastewater services to certain customers within the other's service area.

The New Ellenton agreement establishes the respective water and wastewater service areas of the town and the City of Aiken.

Under the VPSA agreement, the city gives VPSA the right to and use of sewer capacity in its University Line, up to 10,000 gallons per day.

Town of Allendale (Allendale Co.)

Agreement with the Town of Fairfax. Under the agreement, wastewater generated by Fairfax is treated.

Town of Cheraw (Chesterfield Co.)

Agreement with the City of Chesterfield. For an explanation of the agreement, see "City of Chesterfield."

City of Chesterfield (Chesterfield Co.)

Agreement with the town of Cheraw under which Cheraw provides wastewater treatment services to Chesterfield until 2026.

City of Clinton (Laurens Co.)

Agreement with Laurens County. For an explanation of the agreement, see "Laurens County Water Resources Commission."

Town of Clover (York Co.)

Agreement with the City of Gastonia (NC) under which Gastonia provides wastewater treatment services for the town.

City of Darlington (Darlington Co.)

Agreement with the Darlington County Water and Sewer Authority. For an explanation of the agreement, see "Darlington County Water and Sewer Authority."

Darlington County Water and Sewer Authority

Agreement with the cities of Hartsville, Florence, Lamar, Timmonsville and Darlington. Under the Hartsville agreement, the Water and Sewer Authority grants the City the franchise to serve industrial park customers within the Authority's service area.

Under the City of Florence agreement, Florence agrees to accept a wastewater flow of up to an average of 200,000 gallons per day.

Under the Lamar agreement, the Water and Sewer Authority allows the City to continue to serve Perfection Hy-Test at their new location outside the Lamar city limits within the Authority's service area.

Under the Timmons agreement, the Water and Sewer Authority grants the City the franchise to serve industrial park customers within the Authority's service area.

Under the City of Darlington agreement, the City provides sewer services to Nucor Steel within the Authority's service area.

Donalds-Due West Water and Sewer Authority (Abbeville Co.)
Agreement with the towns of Honea Path and Ware Shoals. For an explanation of the agreement, see "Town of Ware Shoals."

Edgefield County Water and Sewer Authority (Edgefield Co.)
Agreements with North Augusta and the counties of Aiken and Saluda. For an explanation of the Aiken agreement, see "Aiken County Public Service Authority".

Under the Saluda agreement, wastewater from poultry processing plants flow through Edgefield's system to the Aiken PSA's Horse Creek plant.

Under its agreement with North Augusta, the county has the right to use the municipality's sewer facilities and 1.25 mgd of sewer line capacity to transport wastewater to Aiken PSA's Horse Creek Plant.

Town of Fairfax (Allendale Co.)
Agreement with the Town of Allendale. For an explanation of the agreement, see "Town of Allendale."

City of Florence (Florence Co.)
Agreement with the Darlington County Water and Sewer Authority. For an explanation of the agreement, see "Darlington County Water and Sewer Authority."

Town of Fort Lawn (Lancaster Co.)
Agreement with the Lancaster County Water and Sewer District. For an explanation of the agreement, see "Lancaster County Water and Sewer District."

Grand Strand Water and Sewer Authority (Horry Co.)
Agreement with the town of Latta. Under the agreement, Latta agrees to treat wastewater from the Authority's wastewater system serving the town of Sellers.

Greenwood County Metropolitan District (Greenwood Co.)
Agreement with the Town of Ware Shoals. For an explanation of the agreement, see "Town of Ware Shoals."

City of Hartsville (Darlington Co.)
Agreements with the Darlington County Water and Sewer Authority and Alligator Rural Water and Sewer Company.

Under the agreement the Water and Sewer Authority grants the City the franchise to serve industrial park customers within the Authority's service area.

208 Water Quality Management Plan

Under a 1997 agreement with Alligator Rural Water and Sewer Company, the City agrees to accept the company's wastewater.

Town of Heath Springs (Lancaster Co.)

Agreement with the Lancaster County Water and Sewer District. For an explanation of the agreement, see "Lancaster County Water and Sewer District."

Town of Honea Path (Abbeville Co.)

Agreement with the Town of Ware Shoals, the Donalds-Due West Water and Sewer Authority. For an explanation of the agreement, see "Town of Ware Shoals."

Town of Jefferson (Chesterfield Co.)

Agreement with Chesterfield County Rural Water Company. Under the agreement, the Town agrees to provide sewer service for New Heights Middle School off of highway 151.

City of Lake City (Florence Co.)

Agreements with the towns of Scanton and Olanta. Under the Scranton and Olanta agreements, wastewater generated by those systems is treated by Lake City. The Scranton collector system is owned by Lake City. The Olanta collector system is locally owned.

Town of Lamar (Darlington Co.)

Agreement with the Darlington County Water and Sewer Authority. For an explanation of the agreement, see "Darlington County Water and Sewer Authority."

Lancaster County Water and Sewer District (Lancaster Co.)

Agreements with the City of Lancaster, Carolina Water Service (North Carolina), the City of Charlotte, the Town of Fort Lawn, the Town of Heath Springs, Union County (North Carolina) and York County. Under the City of Lancaster agreement, the City treats the County's wastewater.
Under the CWS agreement, CWS treats a portion of the District's wastewater, not to exceed 10,000 gallons per day unless otherwise agreed upon by both parties. The agreement has been modified to accommodate flow from Arbor Place and Aumond Glen subdivisions.

Under the Charlotte agreement, Charlotte will treat up to 130,000 gallons per day of wastewater from the District.

Under the Fort Lawn agreement, the District agrees to transport the Town's wastewater to the City of Lancaster where it will be treated per the agreement between the City and the District (see above).

Under the Heath Springs agreement, the town provides wastewater transportation and sewer services for up to 10,000 gallons per day with the option to increase capacity in 1,000 gallon increments.

Under the Union County agreement, the District treats wastewater from the Firethorn Development in Union County, up to 25,000 gallons per day.
For an explanation of the York County agreement, see "York County."

Laurens County Water and Sewer Commission (Laurens Co.)
>  Agreement with the City of Clinton. Under the agreement, the City owns and operates wastewater collection facilities. The Commission owns and operates trunk lines and treats Clinton's municipal and industrial wastes.

City of Laurens (Laurens Co.)
>  Agreement with Laurens County to treat wastewater from a rest area on Highway 385. Under the agreement, the County collects the wastewater and sends it to the City for treatment.

McCormick County (McCormick Co.)
>  Agreement with the Town of McCormick. For an explanation of the agreement, see "Town of McCormick Commission of Public Works."

Town of McCormick Commission of Public Works (McCormick Co.)
>  Agreements with McCormick County. Under one agreement with the County, the CPW treats wastewater generated by Savannah Lakes Village, a planned community. Under a second agreement with the County, wastewater generated by the state parks of Hickory Knob and Baker Creek, the McCormick Correctional Institute, and the John De La Howe School, is treated.

Town of New Ellenton (Aiken Co.)
>  Agreement with the City of Aiken. For an explanation of the agreement, see "City of Aiken."

City of North Augusta (Aiken Co.)
>  Agreement with the counties of Aiken and Edgefield. For an explanation of the Aiken agreement, see "Aiken County Public Service Authority". For an explanation of the Edgefield agreement, see "Edgefield County Water and Sewer Authority."

Town of Olanta (Florence Co.)
>  Agreement with the City of Lake City. For explanation of the agreement, see "City of Lake City."

City of Rock Hill (York County)
>  Agreement with the City of Tega Cay and York County under which Rock Hill treats each entity's wastewater.

Saluda County (Saluda Co.)
>  Agreements with the Edgefield County Water and Sewer Authority and the Town of Saluda. For an explanation of the Edgefield agreement, see "Edgefield County Water and Sewer Authority."
>
>  Under the Town of Saluda agreement, the County transports the town's wastewater.

Town of Scranton (Florence Co.)
>  Agreement with the City of Lake City. For explanation of the agreement, see "City of Lake City."

<u>Town of Timmonsville (Florence Co.)</u>
    Agreement with the Darlington County Water and Sewer Authority. For an explanation of the agreement, see "Darlington County Water and Sewer Authority."

<u>Town of Ware Shoals (Abbeville and Greenwood Cos.)</u>
    Agreement with the Town of Honea Path, Donalds-Due West Water and Sewer Authority, and the Greenwood County Metropolitan District. Under its agreement with the District, wastewater from the Sara Lee knit products manufacturing plant are treated.

    Under the Honea Path and Donalds-Due West agreements, Ware Shoals treats wastewater generated by those communities. The Honea Path and Donald-Due West collector system and treatment plant is owned by Ware Shoals.

    The town also has an agreement with the Laurens County Water and Sewer Commission to transfer ownership of the portion of the collection system serving Laurens County to the Commission. The Commission collects and pumps wastewater within its service area and the town treats the wastewater.

<u>York County (York Co.)</u>
    Agreements with Lancaster County and Carolina Water Service. Under the Lancaster County agreement, York County provides wastewater service to the Burnside and Prestwick subdivisions in Lancaster County's management area.
    Under the Carolina Water Service (CWS) agreement, York County grants CWS franchise to provide wastewater collection service to portions of the county. York County provides transportation and treatment service to the CWS service area and leases the CWS River Hills Wastewater Treatment Plant.


# VIII. Plan Implementation

## A. Roles and Responsibilities

DHEC serves as the statewide water planning agency, responsible for overseeing water quality planning acitivities pursuant to Section 208 of the Clean Water Act. Water quality management planning is a part of DHEC's comprehensive pollution control program that integrates permitting programs to control the transportation, treatment and disposal or use of wastewater and sludge. In addition to water quality management planning, the Agency's Bureau of Water oversees wastewater-related programs for NPDES permitting, land application system permitting, wastewater construction permitting, pretreatment, satellite sewer system and sludge. DHEC's Bureau of Environmental Health also provides related regulation and quality control of onsite wastewater system design, siting and construction.

As the statewide planning agency for water quality, DHEC serves as the planning agency for those 22 counties that are not served by one of the six designated COGs. In this capacity, the Agency is repsonsible for maintaining this 208 Water Quality Management Plan and reviewing proposed projects in the non-designated portion of the State for conformance with it.

The Agency also oversees the development, maintenance and conformance of projects with the regional water qualtiy management plans produced by the six designated planning agencies (COGs). Although DHEC is ultimately responsible for 208 water quality planning descisions in the State, the Agency provides for intergovernmental cooperation by working with the designateed COGs on water qualtiy planning issues. Through a long-standing agreement with DHEC, the designated COGs develop and maintain regional water quality plans and  provide reccommendations to the Agency about the conformance of  proposed wastewater projects with these regional plans.

## B. Nonpoint Source Pollution

Unlike point source pollution, which has a single, identifiable source, nonpoint source (NPS) or runoff pollution generally comes from multiple, diffuse sources that can be difficult to track and is usually associated with rainfall. In addition to affecting surface waters, NPS pollution may also impact groundwaters when it is allowed to seep or percolate into aquifers. Significant sources of NPS pollution include agricultural activities, urban runoff, land disposal of wastes, and construction and other land disturbing activities. Pollutants associated with NPS runoff can include sediment, nutrients, pathogenic organisms, and toxic materials. The adverse effects of runoff pollution include physical destruction of aquatic habitat, fish die-offs, interference with or elimination of recreational uses of a water body (particularly lakes), closure of shellfish beds, reduced water supply or taste and odor problems in drinking water, and increased potential for flooding because water bodies become choked with sediment.

Section 208 of the Clean Water Act requires states to address NPS pollution in their respective Water Quality Management Plans, specifically from agricultural, urban, forestry, mining and groundwater sources. In 1987, amendments to the Clean Water Act were passed which allowed incorporation of NPS Management Plans into Statewide 208 Water Quality Management Plans. The *South Carolina Nonpoint Source Management Program Update* outlines the State's strategic plan for addressing statewide water quality impairments attributable to nonpoint source pollution discharges. The program includes both regulatory and voluntary approaches to achieve water quality improvements, focusing specifically on impaired waterbodies and in priority watersheds.

Nine categories of NPS pollution that impact South Carolina's waters are identified and described: agriculture, forestry, urban areas, marinas and recreational boating, mining, hydrologic modification, wetlands disturbance, land disposal/groundwater impacts and atmospheric deposition. The management plan describes specific measures, implementation schedules and evaluation techniques needed to improve water quality in each category. While DHEC is responsible for program implementation, it is dependent upon the cooperation of other state agencies and stakeholders. Therefore, the program outlines the roles of its partners in helping achieve water quality improvement.

The *South Carolina Nonpoint Source Management Program Update*, as incorporated into this 208 Plan, can be found online at http://www.scdhec.gov/environment/water/docs/nps.pdf The website also contains the most current annual report outlining progress toward meeting the milestones set forth by the NPS Management Program: http://www.scdhec.gov/environment/water/docs/npsannual.pdf.

208 Water Quality Management Plan

## C. Funding

The following is a list of funding sources that may be used to finance wastewater-related projects. With the exception of the 319 Nonpoint Source Pollution Grant and State Revolving Fund programs, DHEC does not manage or endorse these programs. This section is included in the 208 Water Quality Management Plan for informational purposes only.

<u>State Revolving Fund</u>
Run by DHEC and the South Carolina Budget and Control Board, the State Revolving Fund (SRF) program provides low-interest rate loans to municipalities, counties, and special purpose districts for building or repair of wastewater and drinking water systems. Types of wastewater projects that may be eligible for receiving SRF funds include upgrade or expansion of wastewater treatment plants, sewer line rehabilitation and replacement, construction of new pump stations, force mains or collection systems. Loans can also be used for some types of nonpoint source pollution projects. For more information about applying for an SRF loan, please visit www.scdhec.gov/srf.

<u>DHEC 319 Nonpoint Source Pollution Grants</u>
DHEC awards funds through a competitive grant process to stakeholder groups, government entities, or other agencies interested in conducting projects that reduce or prevent nonpoint source (NPS) water pollution through the implementation of a watershed-based plan.  First priority is given to projects that implement watershed-based plans for approved total maximum daily loads (TMDLs). These funds are known as Section 319 grants and they pay up to 60% of eligible project costs, with the applicant providing a 40% non-Federal match. Grant proposals for NPS projects are solicited periodically throughout the year. More grant information can be found online at www.scdhec.gov/environment/water/grants.htm#319

<u>USDA Rural Development Water and Environmental Programs</u>
The USDA Rural Development Water and Environmental Programs (WEP) provide loans, grants and loan guarantees for drinking water, sanitary sewer, solid waste and storm drainage facilities in rural areas and towns of 10,000 residents or less. Public entities, non-profit organizations and recognized Indian tribes may qualify for assistance. For more information about any of these programs, please visit www.rurdev.usda.gov/UWEP_HomePage.html.

<u>HUD Community Development Block Grants</u>
The Department of Housing and Urban Development CDBG program provides annual grants on a formula basis to entitled cities and counties to provide housing and expand economic opportunities. HUD awards grants to entitlement community grantees to carry out a wide range of community development activities including construction of public facilities and improvements, such as water and sewer facilities. For non-entitlement communities, guaranteed loans are also available. Additionally, HUD provides states participating in the CDBG program with funds to award to units of general local government that carry out development activities. More information about the CDBG program and its funding mechanisms can be found at www.hud.gov/offices/cpd/communitydevelopment/programs.

# Appendix A

# Plan Amendments

**Appendix B**

**Management Agency Designation Forms**

**WATER QUALITY MANAGEMENT AGENCY**
**LEGAL ABILITY STATEMENT**

**Agency Name**: _____

Pursuant to Section 208 of the Clean Water Act, Management Agencies are required to have ability to:

I.      Carry out appropriate portions of an area wide waste treatment management plan developed under subsection (b)

II.     Manage effectively waste treatment works and related facilities serving such area in conformance with any plan required by subsection (b)

III.    Directly or by contract, design and construct new works, and to operate and maintain new and existing works as required by any plan developed pursuant to subsection (b)

IV.     Accept and utilize grants, or other funds from any source, for waste treatment management purposes

V.      Raise revenues, including the assessment of waste treatment charges

VI.     Incur short- and long-term indebtedness

VII.    Assure in implementation of an area wide waste treatment management plan that each participating community pays its proportionate share of treatment costs

VIII.   Refuse to receive any wastes from any municipality or subdivision thereof, which does not comply with any provisions of an approved plan under this section applicable to such area

IX.     Accept industrial waste for treatment

I Certify that _____

has the legal ability to conduct the above activities.

**Legal Counsel Printed Name**: _____

**Legal Counsel Signature**:_____     **Date**:_____

208 Water Quality Management Plan

## WATER QUALITY MANAGEMENT AGENCY
## WILLINGNESS AND IMPLEMENTATION STATEMENT

**Agency Name**: _____

We hereby accept and are willing to implement the responsibilities identified for this agency in the Statewide 208 Water Quality Management Plan summarized as follows:

I.  To provide effective wastewater management by authority of the agency's charter, to include establishment, or continued implementation, of a regulatory program for:

    A. Location, modification, and construction of public and private domestic wastewater treatment facilities including conveyance facilities such as collection systems and trunk lines

    B. Appropriate waste treatment policies and procedures to include:
        (1) A schedule of fair user charges
        (2) Pretreatment standards for industrial wastes (if needed) and regulatory controls to accept or refuse municipal and/or industrial wastes
        (3) Such other policies and procedures as may be appropriate

II. To develop or continue to implement an effective series of administrative management procedures and a personnel system appropriate to staff the agency for the discharge of its duties and responsibilities.

We therefore sign and date this statement as of _____
                                               Date

**FOR**:                                                            **BY**:

_____        _____
Agency Name                                                    Signature

_____        _____
Agency Address 1                                              Name (print)

_____        _____
Agency Address 2                                              Signature

_____        _____
Agency City, State and Zip Code                        Name (print)

**Appendix C**

**208 Modification for Alligator Rural Water & Sewer Co., Inc.**



Treatment Plant

**208 Modification for Alligator Rural Water & Sewer Co., Inc.**

☐ Service Area
▲ Approximate Treatment Plant Location
+ Railroads
Roads

Highways
Lakes
Cities
Counties

May 2009

0  0.5  1    2    3    4    5
Miles



D H E C
PROMOTE PROTECT PROSPER

South Carolina Department of Health and Environmental Control
*We promote and protect the health of the public and the environment.*
www.scdhec.gov

CR-010129   11/2013